789 A.2d 650

IN THE MATTER OF GEORGE E. KERSEY,
AN ATTORNEY AT LAW.

February 7, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–017, concluding that by way of reciprocal discipline, **GEORGE E. KERSEY** of **SALEM, NEW HAMPSHIRE,** who was admitted to the bar of this State in 1963, should be reprimanded on the basis of discipline imposed by the Supreme Judicial Court of Massachusetts for conduct in violation of *RPC* 8.4(b) (commission of a criminal act that reflects adversely on honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **GEORGE E. KERSEY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.